■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SONNY RODRIGUEZ, Appellant. [19 NYS3d 894]—Order, Supreme Court, New York County (Bruce Allen, J.), entered on or about January 13, 2014, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Clear and convincing evidence supported the court's assessment of 15 points for defendant's history of substance abuse in light of proof showing his extensive use of alcohol and marijuana for a period 12 years, which included the time when he abused the victim (*see People v Palmer*, 20 NY3d 373, 377-379 [2013]). Defendant's substance abuse went well beyond social or occasional use. Concur—Mazzarelli, J.P., Richter, Manzanet-Daniels and Kapnick, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONNELL MCCULLUM, Appellant. [19 NYS3d 894]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Eduardo Padro, J.), rendered on or about September 11, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Mazzarelli, J.P., Richter, Manzanet-Daniels and Kapnick, JJ.